SHARI RUSK
1710 Broadway #111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
LAMANCE COOKIE BERT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | D.C. No. CR-S 00-012-LKK |
| Plaintiff,    ) | **STIPULATION AND ORDER** |
| v.    ) | |
| LAMANCE COOKIE BERT,    ) | |
| Defendant.    ) | Hon. Kimberly J. Mueller |
| _____    ) | |

The defendant Lamance Cookie Bert, through his counsel Shari Rusk, and the United States, through its counsel, Assistant U.S. Attorney Samantha Spangler, hereby stipulate to extend the filing date of defendant's traverse in this case from June 3, 2005 to June 22, 2005.  The government's brief in opposition to the defendant's § 2255 motion was filed on May 4, 2005.  The reason for this request is that defense counsel

///

///

///

1  needs additional time to prepare the traverse and to communicate with the defendant who is in prison.

2  Dated: June 2, 2005

                                   /s/ SHARI RUSK
                                   SHARI RUSK

                                   Attorney for Defendant
                                   Lamance Cookie Bert

Dated: June 2, 2005                     McGREGOR W. SCOTT
                                   U.S. Attorney

                      By:
                                   /s/ SHARI RUSK for
                                   SAMANTHA SPANGLER
                                   Assistant U.S. Attorney

                                  **ORDER**

    IT IS SO ORDERED.

Dated: June 6, 2005.

_____
UNITED STATES MAGISTRATE JUDGE