SHARI RUSK
1710 Broadway #111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
LAMANCE COOKIE BERT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | D.C. No. CR-S 00-012-LKK |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| v. ) | |
| LAMANCE COOKIE BERT, ) | |
| Defendant. ) | Hon. Kimberly J. Mueller |
| _____ ) | |

The defendant Lamance Cookie Bert, through his counsel Shari Rusk, and the United States, through its counsel, Assistant U.S. Attorney Samantha Spangler, hereby stipulate to extend the filing date of defendant's traverse in this case from June 22, 2005 to June 29, 2005. The government's brief in opposition to the defendant's § 2255 motion was filed on May 4, 2005. The reason for this request is that defense counsel

///

///

///

needs additional time to prepare the traverse and is still waiting to receive a declaration from the defendant who is in federal prison.

Dated: June 15, 2005

/s/ SHARI RUSK
SHARI RUSK

Attorney for Defendant
Lamance Cookie Bert

Dated:  June 15, 2005

McGREGOR W. SCOTT
U.S. Attorney

By:

/s/ SHARI RUSK for
SAMANTHA SPANGLER
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  June 16, 2005.

_____
UNITED STATES MAGISTRATE JUDGE