1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,

11            Respondent,                        No. CR S-00-0012 LKK

12        vs.

13   LAMANCE COOKIE BERT,

14            Movant.                            <u>ORDER</u>

15   _____/

16            Movant, a federal prisoner proceeding pro se, has timely filed a notice of appeal

17   of this court's November 19, 2007 denial of his motion to vacate, set aside or correct his sentence

18   pursuant to 28 U.S.C. § 2255.  Before movant can appeal this decision, a certificate of

19   appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

20            A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the

21   applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C.

22   § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues

23   satisfy the required showing or must state the reasons why such a certificate should not issue.

24   Fed. R. App. P. 22(b).

25   /////

26   /////

1             For the reasons set forth in the magistrate judge's August 30, 2007 findings and

2    recommendations, movant has not made a substantial showing of the denial of a constitutional

3    right.  Accordingly, a certificate of appealability should not issue in this action.

4             IT IS SO ORDERED.

5    DATED:  February 19, 2008.

6

7

8                            LAWRENCE K. KARLTON
                             SENIOR JUDGE

9                            UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26