UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>  v.<br><br>LAMANCE BERT,<br><br>         Defendant. | No.  2:00-cr-00012-JAM<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO TERMINATE SUPERVISED RELEASE** |

On August 30, 2021, Defendant filed a motion for an order terminating his supervised release.  See ECF No. 162.  Defendant has successfully completed over five years of his ten-year term of supervised release and is working full-time while attending Fresno City College.  Id. at 2.  The U.S. Probation Office does not object to early termination.  Id.

Good cause having been shown, the Court grants Defendant's motion.  The Clerk is directed to serve the U.S. Probation Office a copy of this order.

IT IS SO ORDERED.

Dated: August 31, 2021

                                          JOHN A. MENDEZ,
                                          UNITED STATES DISTRICT JUDGE